IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>v.<br><br>STADIUM CASINO RE, LLC; et. al.;<br><br>                      Defendants. | Civil Action No. 2:24-cv-02737 |

**ORDER**

**AND NOW**, this __20th__ day of __August__, 2024, **IT IS ORDERED** that:

1. "Defendant Stadium Casino RE, LLC d/b/a Sports & Social" shall not be included in this action without prejudice to Plaintiff's right to seek leave to add them as party-defendants in this lawsuit at a later time should that party be determined to have been appropriately named.

2. The case caption should be amended to read, "JANE DOE (Plaintiff) v. STADIUM CASINO RE, LLC; STADIUM CASINO RE, LLC D/B/A LIVE! CASINO & HOTEL, AND RYAN SULLIVAN, and KARRI NELSON (Defendants)."

3. This Order shall not be viewed as, a waiver of Defendants right to seek an Order requiring Plaintiff to forgo the Jane Doe pseudonym and to disclose her identity nor shall it be viewed as preventing the Court from issuing a rule to show cause regarding Plaintiff's use of a Jane Doe pseudonym.

BY THE COURT:

_/s/ John F. Murphy_____
THE HONORABLE JOHN F. MURPHY
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF PENNSYLVANIA

3