IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2737 |
| | : | |
| **STADIUM CASINO RE, LLC,** | : | |
| **STADIUM CASINO RE, LLC d/b/a** | : | |
| **LIVE! CASINO & HOTEL** | : | |
| **PHILADELPHIA, RYAN SULLIVAN,** | : | |
| **KARRI NELSON** | : | |

# <u>ORDER</u>

**AND NOW**, this 10th day of December 2024, upon considering the need to reschedule the Initial Pretrial Videoconference, it is **ORDERED** we **reschedule** the initial pretrial videoconference via Microsoft Teams to **December 17, 2024** at **3:00p.m.** We will send an updated videoconference link by e-mail to all counsel of record.

_____
**MURPHY, J.**