IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANE DOE                                        :           CIVIL ACTION

        v.                                      :

STADIUM CASINO RE, LLC et al           :           NO.  24-cv-2737


## MOTION AND ORDER


AND NOW, this 28th day of February 2025, the Court having received an email request

from all parties to request for a conference, it is ORDERED that the request is treated as a

motion, and upon consideration the motion is GRANTED.


                                BY THE COURT:


                                _/s/ Carol Sandra Moore Wells_____
                                CAROL SANDRA MOORE WELLS
                                UNITED STATES MAGISTRATE JUDGE