IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| v. | : | |
| STADIUM CASINO RE, LLC et al. | : | NO. 24-cv-2737 |

# **ORDER**

AND NOW this 28th day of February 2025, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for **March 17, 2025 at 10:00 a.m.** All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE